IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00739-ZLW

CLIFFORD N. WOODS,

    Applicant,

v.

PAULA PRESLEY, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 11 2008

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION TO AMEND AND DENYING CONSTRUED MOTION TO RECONSIDER

On July 29, 2008, Applicant Clifford N. Woods filed a Proposed Motion to Amend Complaint. Because the action was dismissed on June 25, 2008, the Motion to Amend is inappropriate. The Court, however, must construe the Motion liberally because Mr. Woods is proceeding *pro se*. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, therefore, will treat the Motion to Amend as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b) and for the reasons stated below will deny the Motion.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

Mr. Woods' Motion was filed more than ten days after the Court's June 25, 2008, Order of Dismissal. Therefore, the Motion is construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

Upon consideration of the Motion to Reconsider and the entire file, the Court finds that Mr. Woods fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. In the Motion to Reconsider, Applicant simply restates his claims. Therefore, the Court finds that Applicant has failed to assert any extraordinary circumstances that would merit relief under Rule 60(b). Accordingly, it is

ORDERED that Applicant's Motion to Amend is denied as inappropriate. It is

FURTHER ORDERED that the Motion to Amend also is construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b) and is denied.

DATED at Denver, Colorado, this 11 day of August, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00739-BNB

Clifford N. Woods
Prisoner No. A00128785
El Paso County Det. Facility
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/4/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk