IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00739-ZLW

CLIFFORD N. WOODS,

Applicant

v.

PAULA PRESLEY, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 13 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On August 12, 2008, Applicant submitted to the Court a Proposed Motion to Amend Complaint, (Doc. No. 27). Applicant's Motion to Amend is inappropriate. This case was dismissed on June 25, 2008. This is Applicant's second Motion to Amend. If Applicant continues to file any inappropriate pleadings in the instant action the pleadings will be stricken, and he may be subject to sanctions.

Dated: August 13, 2008

A copy of this Minute Order mailed on August 13, 2008, to the following:

Clifford N. Woods
Prisoner No. A00128785
El Paso County Det. Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906

/s/ Andrea
Secretary/Deputy Clerk